# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-1914
_____

BETTY GRUNEWALD,

Petitioner,

v.

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

December 5, 2018

PER CURIAM.

DENIED. *See Ham & Foxhall v. Portfolio Recovery Assocs., LLC*, Nos. 1D17-3112 & 1D17-3113 (Fla. 1st DCA Nov. 30, 2018).

WOLF, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Louis K. Rosenbloum of Louis K. Rosenbloum, P.A., Pensacola and Robert N. Heath, Jr. of Robert N. Heath, Jr., P.A., Pensacola, for Petitioner.

Robert E. Sickles and John P. Gaset of Broad and Cassel, LLP, Tampa, for Respondent.